IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 2:12-mj-00328-EFB |
| )   Plaintiff,   ) | |
| ) | **ORDER FOR TRANSPORTATION AND** |
| v.   ) | **SUBSISTENCE** |
| ) | |
| RAYMOND PAUL MORENO,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, RAYMOND PAUL MORENO, with transportation and subsistence expenses for travel from Sacramento, California to his residence in Los Angeles, California. Mr. Moreno is unable to afford his own transportation from Sacramento to his residence in Los Angeles. The United States Marshal's Office must furnish Mr. Moreno with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:   December 7, 2012.       EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE