FILED
December 7, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-mj-00328-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| RAYMOND PAUL MORENO, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RAYMOND PAUL MORENO, Case No. 2:12-mj-00328-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__   Release on Personal Recognizance

  _____   Bail Posted in the Sum of:  $

      _____   Co-Signed Unsecured Appearance Bond

      _____   Secured Appearance Bond

      _____   (Other) Conditions as stated on the record.

  __X__   (Other) The U.S. Marshal is ordered to assist with the transportation of the Defendant to the Central District.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _12/07/2012_ at _2:30 p.m_.

By _____
    Edmund F. Brennan
    United States Magistrate Judge